McNULTY v. CHANEY

No. 601

Case below: 1 N.C. App. 610.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 23 August 1968.

MITCHELL v. BOARD OF EDUCATION

No. 686

Case below: 1 N.C. App. 373.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 23 August 1968.

STATE v. CAVALLARO

No. 165

Case below: 1 N.C. App. 412.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 23 August 1968.

STATE v. FINN

No. 170

Case below: 1 N.C. App. 257.

Petition for writ of *certionari* to North Carolina Court of Appeals denied 23 August 1968.

STATE v. LEWIS

No. 250

Case below: 1 N.C. App. 296.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 23 August 1968. Case set with appeals from the 8th, 24th and 25th Districts.

STATE v. SPEAR

No. 6

Case below: 1 N.C. App. 255.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 23 August 1968.